UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
RYAN O'DELL,             :
                         :
    Plaintiff,       :
                         :
v.                       :  No. 1:23-cv-05848-ALC
                         :
PDC ENERGY, INC., MARK E. ELLIS,   :
BARTON R. BROOKMAN, PAMELA R.      :
BUTCHER, PAUL J. KORUS, LYNN A.    :
PETERSON, CARLOS A. SABATER, and   :
DIANA L. SANDS,                    :
                         :
    Defendants.      :
---------------------------------------------------------  :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: September 5, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Benjamin Y. Kaufman
Benjamin Y. Kaufman (BK1863)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
kaufman@whafh.com

*Attorneys for Plaintiff Ryan O'Dell*

814781